UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN LINDSAY-JORDAN,<br><br>Defendant. | **NOLLE PROSEQUI**<br><br>24 Cr. 198 (PKC) |

1.   The filing of this *nolle prosequi* will dispose of the charges filed against defendant SEAN LINDSAY-JORDAN.

2.   On April 13, 2024, SEAN LINDSAY-JORDAN, the defendant, was charged in a four-count information (the "Information"), with violations of Title 18, United States Code, Sections 371 (conspiracy to commit bribery), 666(a)(1)(B) (bribery), 1349 (conspiracy to commit honest services wire fraud), and Title 21, United States Code, Section 846 (conspiracy to distribute narcotics and controlled substances).

3.   On or about August 22, 2024, while the above-captioned case was pending, SEAN LINDSAY-JORDAN, the defendant, died. Attached hereto as Exhibit A is a true and correct copy of LINDSAY-JORDAN's death certificate.

4.   Because SEAN LINDSAY-JORDAN, the defendant, died while this case was pending, and therefore before a final judgment was issued, the Information must be dismissed under the rule of abatement. *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

5. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant SEAN LINDSAY-JORDAN.

Dated: New York, New York
March 5, 2025

_____
Jonathan E. Rebold
Assistant United States Attorney
(212) 637-2512

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant SEAN LINDSAY-JORDAN with respect to the Information.

_____
MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York

Dated: New York, New York
March 7, 2025

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
United States District Judge
Southern District of New York

Dated: New York, New York
March 12, 2025

2